Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

MICHELLE GALLAGHER

    v.

LACTALIS AMERICAN GROUP, INC.

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 22-CV-614

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Defendant's Motion to Dismiss is Granted.

Date: September 21, 2023

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/ Jennifer V.
    Deputy Clerk